The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESE M. BACKOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., and INTELIUS LLC,<br><br>Defendants. | Case No. 2:21-cv-00115-RAJ<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JUNE 11, 2021 |

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
2:21-CV-00115-RAJ

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100

* * *

Local Civil Rule 7(n) allows a party to bring to the Court's attention relevant authority issued after the date of the party's last brief. The defendants' last brief in support of their motion to dismiss was filed with this Court on June 7, 2021. ECF No. 18. On June 15, 2021, the U.S. District Court for the Northern District of California issued a decision in *Callahan v. Ancestry.com, Inc., et al*, Case No. 20-cv-08437-LB. A copy of that relevant authority, in which the District Court in the Northern District of California concludes that Ancestry is "immune from liability under the Communications Decency Act" and dismisses the Complaint "with prejudice", is attached hereto as Exhibit A.

Local Rule 7(n) instructs parties not to submit argument with the notice of supplemental authority. If this Court requests further argument regarding the decision in *Callahan*, however, the defendants will happily supplement their briefing to address this new relevant authority.

Dated this 15th day of June, 2021.

JENNER & BLOCK LLP

/s/ Brent Caslin
Brent Caslin, Washington State Bar No. 36145
bcaslin@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone: 213 239-5100

Attorney for Defendants PeopleConnect, Inc. and Intelius LLC

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY – 1
2:21-CV-00115-RAJ

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

DATED this 15th day of June, 2021.

/s/ *Brent Caslin*
Brent Caslin

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
2:21-CV-00115-RAJ

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100