The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESE M. BACKOWSKI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PEOPLECONNECT, INC., and INTELIUS LLC,<br><br>  Defendants. | Case No. 2:21-cv-00115-RAJ<br><br>NOTICE OF CHANGE OF ADDRESS |

TO THE COURT, THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Los Angeles office of Jenner & Block LLP, which represents Defendants PeopleConnect, Inc. and Intelius LLC in this action, has relocated to the following address:

Jenner & Block LLP

515 South Flower Street, Suite 3300

Los Angeles, CA 90071

NOTICE OF CHANGE OF ADDRESS - 1
2:21-cv-00115-RAJ

JENNER & BLOCK LLP
515 S. FLOWER STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

Dated this 28th day of October, 2021.

          JENNER & BLOCK LLP

           /s/ *Brent Caslin*
          Brent Caslin, Washington State Bar No. 36145
          bcaslin@jenner.com
          515 S. Flower Street, Suite 3300
          Los Angeles, California 90071-2054
          Telephone:  213 239-5100

          Attorney for Defendants PeopleConnect, Inc. and Intelius LLC

NOTICE OF CHANGE OF ADDRESS - 2
2:21-cv-00115-RAJ

JENNER & BLOCK LLP
515 S. FLOWER STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

DATED this 28th day of October, 2021.

/s/ *Brent Caslin*
Brent Caslin

NOTICE OF CHANGE OF ADDRESS
2:21-cv-00115-RAJ

JENNER & BLOCK LLP
515 S. FLOWER STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100